**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

   **v.**                                             Case No. 06-cr-226-PB

<u>Beth Handy, et al.</u>

**<u>O R D E R</u>**

     The defendant, through counsel, has moved to continue the January 8, 2007 trial in the above case, citing the need for additional time to complete additional discovery based on the superseding indictment in this case.  The government and co-defendants do not object to a continuance of the trial date.

     Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 8, 2008 to April 1, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial

The December 19, 2007 final pretrial conference is continued to March 27, 2008 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 29, 2007

cc: Bjorn Lange, Esq.
    Mark Irish, AUSA
    Michael Iacopino, Esq.
    David Bownes, Esq.
    Dana Cole, Esq.
    Richard Johnston, Esq.
    United States Probation
    United States Marshal