```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                    Case No. 06-cr-226-PB

**Beth Handy, et al.**


**O R D E R**

The defendants have jointly moved to continue the June 3, 2008 trial in the above case, citing the complexity of the five-defendant case, scheduling conflicts, and need for additional time to resolve issues pending against two of the defendants in California prior to the trial in this matter.  Although the government objects to a continuance of the trial date, the court has determined pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that, for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, to allow the parties additional time to resolve the above-referenced issues and to properly prepare for trial, the court will continue the trial from June 3, 2008 to October 21, 2008.

The May 21, 2008 final pretrial conference is continued to September 29, 2008 at 3:00 p.m.

The court will not grant any further continuances of this matter.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 19, 2008

cc:  David Bownes, Esq.
     Mark Irish, Esq.
     Robert Rabuck, Esq.
     Bjorn Lange, Esq.
     Richard Johnston, Esq.
     Dana Cole, Esq.
     Michael Iacopino, Esq.
     United States Probation
     United States Marshal