```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 06-cr-226-PB

**Beth Handy, et al.**


**O R D E R**

    Defendant Ofer Lupovitz has moved to continue the trial scheduled for October 21, 2008, citing the need for additional time to review discovery on the second superseding indictment and prepare a defense.  The government and co-defendants do not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 21, 2008 to January 13, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial conference on December 22, 2008 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 15, 2008

cc: Dana Cole, Esq.
    Michael Iacopino, Esq.
    David Bownes, Esq.
    Richard Johnston, Esq.
    Bjorn Lange, Esq.
    Seth Aframe, Esq.
    Mark Irish, Esq.
    Aixa Maldonado-Quinones, Esq.
    United States Probation
    United States Marshal