**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                        Case No. 06-cr-226-PB

<u>**Beth Handy, et al.**</u>

<u>**O R D E R**</u>

During the October 15, 2008 telephone conference, I ruled on pending motions as follows:

Defendant Benmoshe's motion to dismiss for improper venue (Doc. No. 121) is denied without prejudice.

Defendant Lupovitz's motion in limine (Doc. No. 131) is denied without prejudice to the right to renew at the time of trial.

Defendant Robert Hatch's motion for travel (Doc. No. 154) is granted.

Defendant McFadden's ex parte motion for subpoenas (Doc. No. 155) is denied without prejudice to the right to renew at the time of trial.

The government's oral request for extension of time to respond to defendant Benmoshe's motion to dismiss Counts 28 and 33 is granted.  The response shall be filed by 5:00 p.m. on October 17, 2008.

All other dispositive motions shall be filed on or before October 29, 2008.  The government shall have 10 days to respond.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 15, 2008

cc:  Dana Cole, Esq.
     Michael Iacopino, Esq.
     David Bownes, Esq.
     Richard Johnston, Esq.
     Bjorn Lange, Esq.
     Seth Aframe, Esq.
     Mark Irish, Esq.
     Aixa Maldonado-Quinones, Esq.
     United States Probation
     United States Marshal